ACCEPTED
05-14-00522-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/21/2015 12:05:09 PM
LISA MATZ
CLERK



# ROSENTHAL
# & WADAS
A PROFESSIONAL LIMITED LIABILITY CORPORATION

Jeremy F. Rosenthal*
Derk A. Wadas*
Bo Kalabus
Kyle T. Therrian
Ryan Kreck
Eddie Cawlfield

*Board Certified – Criminal Law
Texas Board of Legal Specialization

4500 W. Eldorado Parkway, Suite 3000
McKinney, Texas 75070
TEL: 972-369-0577
FAX: 972-369-0532
WEB: www.rosenthalwadas.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/21/2015 12:05:09 PM

LISA MATZ
Clerk

January 21, 2015

Ms. Lisa Matz, Clerk
Fifth Court of Appeals
Via Tex File

  Re: *Sweeney v. State; No. 05-14-00522-CR.*

Dear Ms. Matz,

  This matter is currently set before Justices Francis, Lang-Meirs, and Whitehill on February 11, 2015 at 1 p.m.  Appellant hereby gives notice **Eddie Cawlfield** will be conducting oral argument at that time.

  Please feel free to contact me about any question or concern you may have at (972) 369-0577.

      Best regards,


      /s/ Jeremy Rosenthal
      Attorney for Appellant,
      Craigh Sweeney

cc:  Collin County DA's Office
    Lawyer for the State